## CITY OF SAINT JOSEPH, Missouri, Respondent,

v.

## Daniel J. GROSS, Appellant.

### No. WD 60873.

Missouri Court of Appeals, Western District.

Feb. 4, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 1, 2003.

Application for Transfer Denied May 27, 2003.

Tracy A. McFadin, Gallatin, MO, for Appellant.

Rebecca Spencer, St. Joseph, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., ROBERT G. ULRICH and EDWIN H. SMITH, JJ.

### Order

PER CURIAM.

Mr. Daniel J. Gross appeals his conviction for violating a municipal ordinance that prohibits unauthorized dumping of trash.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).